UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC., ) ) ) ) Interpleader-Plaintiff, ) ) v. ) ) FIDELITY INFORMATION ) SERVICES, INC., f/k/a ) ALLTEL INFORMATION SERVICES, ) INC., and TOYOTA MOTOR CREDIT ) CORPORATION, ) ) Interpleader-Defendants. ) ) | Civil Action No.<br><br>05-10018 RGS |

### PLAINTIFF IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3

Pursuant to Fed. R. Civ. P. 7.1 and LR. 7.3, plaintiff Iron Mountain Intellectual Property Management, Inc. hereby identifies the following parent corporation or publicly held company that owns 10% or more of its stock:

**Iron Mountain Information Management, Inc.**

which is owned in its entirety by

**Iron Mountain Incorporated (NYSE: IRM)**

{B0361331; 1}

IRON MOUNTAIN INTELLECTUAL
PROPERTY MANAGEMENT, INC.

By its attorneys,

*/signature/*

_____
Larry L. Varn (BBO #508130)
e-mail: lvarn@sandw.com
Samual A. Miller (BBO #648568)
e-mail: smiller@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

January 5, 2004