UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC.<br><br>Interpleader-Plaintiff,<br><br>v.<br><br>FIDELITY INFORMATION SERVICES, INC., f/k/a ALLTEL INFORMATION SERVICES, INC., and TOYOTA MOTOR CREDIT CORPORATION,<br><br>Interpleader-Defendants. | Civil Action<br>No. 05-10018-RGS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Toyota Financial Services, Inc., incorrectly sued as Toyota Motor Credit Corporation.

Dated: January 6, 2005

s/David B. Chaffin
BBO# 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000