UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC.<br><br>Interpleader-Plaintiff,<br><br>v.<br><br>FIDELITY INFORMATION SERVICES, INC., f/k/a ALLTEL INFORMATION SERVICES, INC., and TOYOTA MOTOR CREDIT CORPORATION,<br><br>Interpleader-Defendants. | Civil Action<br>No. 05-10018-RGS<br><br>**Request for ex parte consideration** |

**Request for special action**

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Toyota Financial Services ("TFS") hereby makes the following corporate disclosure statement: Toyota Motor Credit Corporation is a wholly-owned subsidiary of Toyota Financial Services Americas Corporation, a California corporation, which is a wholly-owned subsidiary of Toyota Financial Services Corporation, a Japanese corporation, which is a wholly-owned subsidiary of Toyota Motor Company, also a Japanese corporation.

LA2:746423.1                                                1

Dated: January 6, 2005                TOYOTA FINANCIAL SERVICES

                                      By its attorneys,


                                      s/David B. Chaffin
                                      (BBO No. 549245)
                                      HARE & CHAFFIN
                                      160 Federal Street
                                      Boston, Massachusetts 02110
                                      (617) 330-5000

                                      Of Counsel:
                                      Mark C. Scarsi
                                      Timothy M. Martin
                                      O'MELVENY & MYERS, LLP
                                      400 South Hope Street
                                      Los Angeles, California 90071-2899
                                      (213) 430-7800

LA2:746423.1                            2