UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. ) ) ) ) Interpleader-Plaintiff, ) ) v. ) ) FIDELITY INFORMATION ) SERVICES, INC., f/k/a ) ALLTEL INFORMATION SERVICES, ) INC., and TOYOTA MOTOR CREDIT ) CORPORATION, ) ) Interpleader-Defendants. ) | Civil Action No. 05-10018-RGS **Request for ex parte consideration** |

**Request for special action**

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Interpleader Defendant, Toyota Financial Services, Inc. ("TFS"), respectfully moves the Court to issue a temporary restraining order requiring Iron Mountain Intellectual Property Management, Inc. ("Iron Mountain") to release the ALS-COM source code (aka OSCAR software) immediately to TFS. The grounds for this application are that Fidelity Information Services has failed to fulfill its contractual obligations in supplying TFS with a working software system, as well as support for that system, which inactions entitle TFS to a release of the OSCAR software under the governing contract provisions.

A memorandum of law is submitted in support of this application. TFS also relies on the declarations of Christine Gallucci and Mark Scarsi.

TFS has provided both Iron Mountain and Fidelity Information Services with notice of this application.

WHEREFORE, TFS respectfully requests that the Court issue the requested temporary restraining order.

## REQUEST FOR ORAL ARGUMENT

TFS requests oral argument on this application. TFS believes that oral argument will assist this Court, and it wishes to be heard.

Dated: January 6, 2005

Toyota Financial Services

By its attorneys,

s/David B. Chaffin
(BBO No. 549245)
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

Of Counsel:

Mark C. Scarsi
Timothy M. Martin
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, California 90071-2899
(213) 430-7800

## Certificate of Consultation

Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that we attempted to confer to resolve or narrow the issues presented by this motion but were unable to do so.

s/Mark C. Scarsi

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. <br><br>Interpleader-Plaintiff, <br><br>v. <br><br>FIDELITY INFORMATION SERVICES, INC., f/k/a ALLTEL INFORMATION SERVICES, INC., and TOYOTA MOTOR CREDIT CORPORATION, <br><br>Interpleader-Defendants. | Civil Action <br>No. 05-10018-RGS <br><br>**Request for ex parte consideration** |

**Request for special action**

### [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Having heard this matter and for good cause shown, the Court hereby ORDERS:

Iron Mountain Intellectual Property Management, Inc. ("Iron Mountain") through its officers, agents, servants, employees, affiliates and attorneys, is hereby required to deliver an electronic copy of the ALS-COM source code to Toyota Financial Services ("TFS") within twenty-four (24) hours.

Iron Mountain and Fidelity Information Services are further hereby ORDERED to show cause at _____ on _____, in the courtroom of the Honorable Richard G. Stearns, located at One Courthouse Way, Boston, Massachusetts, why TFS shall be required to return the

ALS-COM source code to Iron Mountain pending trial of this action.

IT IS SO ORDERED.

Dated: January ____, 2005

                                                                  _____
                                                                  Honorable Richard G. Stearns
                                                                  United States District Judge