UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. <br><br> Interpleader-Plaintiff, <br><br> v. <br><br> FIDELITY INFORMATION SERVICES, INC., f/k/a ALLTEL INFORMATION SERVICES, INC., and TOYOTA MOTOR CREDIT CORPORATION, <br><br> Interpleader-Defendants. | Civil Action <br> No. 05-10018-RGS |

**MOTION FOR LEAVE TO PRACTICE**
**PURSUANT TO LOCAL RULE 83.5.3**

David B. Chaffin, a member of the bar of this Court and counsel of record for Toyota Financial Services, respectfully moves for an Order, pursuant to Local Rule 83.5.3, granting Mark C. Scarsi, Esq., leave to appear and practice in this Court in the above-captioned action and in all related actions. As set forth in the accompanying declarations, (1) Mr. Scarsi is a member in good standing of the bar of every jurisdiction in which he has been admitted to practice, (2) no disciplinary proceedings are pending against him in any jurisdiction, and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. The requirements for admission under Local Rule 83.5.3 therefore are met.

WHEREFORE, I respectfully request that Mr. Scarsi be granted leave to appear and represent Toyota Financial Services in the above-captioned action.

Dated: January 6, 2005                                      s/David B. Chaffin
                                                            BBO# 549245
                                                            HARE & CHAFFIN
                                                            160 Federal Street
                                                            Boston, MA 02110
                                                            (617) 330-5000