UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IRON MOUNTAIN INTELLECTUAL
PROPERTY MANAGEMENT, INC.,
    Interpleader-Plaintiff

V.                                CIVIL ACTION NO. 05-10018-RGS

FIDELITY INFORMATION SERVICES, INC.
f/k/a ALLTEL INFORMATION SERVICES,
INC., and TOYOTA MOTOR CREDIT CORP.,
    Interpleader-Defendants.

# **NOTICE OF HEARING**

STEARNS, DJ.                                              JANUARY 10, 2005

**A HEARING ON DEFENDANT-INTERPLEADER TOYOTA MOTOR CREDIT CORP'S MOTION FOR TEMPORARY RESTRAINING ORDER IS HEREBY SCHEDULED FOR:**

<u>**TUESDAY, JANUARY 18, 2005 AT 3:45 P.M.**</u>

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                                                  **RICHARD G. STEARNS**
                                                                  **UNITED STATES DISTRICT JUDGE**

                 **BY:**

/s/ Mary H. Johnson
**Deputy Clerk**