UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRON MOUNTAIN INTELLECTUAL
PROPERTY MANAGEMENT, INC.,

        Interpleader-Plaintiff,

v.

FIDELITY INFORMATION SERVICES, INC.,
f/k/a ALLTEL INFORMATION SERVICES,
INC., and TOYOTA MOTOR CREDIT
CORPORATION,

        Interpleader-Defendants.

C.A. No. 05 CV 10018-RGS

### Declaration of Joshua C. Krumholz, Esq.

I, Joshua C. Krumholz, hereby depose and state as follows:

1.    I am a partner with the law firm of Holland & Knight LLP and am a member in good standing of the Bar of the Commonwealth of Massachusetts. I represent Fidelity Information Services, Inc. in the above-captioned matter.

2.    A true and accurate printout of a Hoovers Online report for Toyota Motor Credit Corporation that I printed from the internet is included as Exhibit 19.

Signed under the penalties of perjury this 14th day of January 2005.

_____
Joshua C. Krumholz

# 2530180_v1