UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

IRON MOUNTAIN INTELLECTUAL
PROPERTY MANAGEMENT, INC.,

          Interpleader-Plaintiff,

v.

FIDELITY INFORMATION SERVICES, INC.,
f/k/a ALLTEL INFORMATION SERVICES,
INC., and TOYOTA MOTOR CREDIT
CORPORATION,

          Interpleader-Defendants.

C.A. No. 05 CV 10018-RGS

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FIDELITY INFORMATION SERVICES, INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the defendant, Fidelity Information Services, Inc., states that it is a wholly owned subsidiary of Fidelity National Information Solutions, Inc., which in turn is a wholly owned subsidiary of Fidelity National Information Services, Inc. Fidelity National Information Services, Inc., is a wholly owned subsidiary of Fidelity National Financial, Inc., which is a publicly held corporation.

          FIDELITY INFORMATION SERVICES, INC., f/k/a
          ALLTEL INFORMATION SERVICES, INC., and
          TOYOTA MOTOR CREDIT CORPORATION,

          By its attorneys,

          HOLLAND & KNIGHT LLP

          _____
          Ieuan G. Mahony (BBO No. 552349)
          Joshua C. Krumholz (BBO No. 552573)
          10 St. James Avenue
          Boston, MA 02116
          (617) 523-2700 - Telephone
Dated: January 14, 2005          (617) 523-6850 - Facsimile

# 2527778_v1