UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC. <br><br> Interpleader-Plaintiff, <br><br> v. <br><br> FIDELITY INFORMATION SERVICES, INC., f/k/a ALLTEL INFORMATION SERVICES, INC., and TOYOTA MOTOR CREDIT CORPORATION, <br><br> Interpleader-Defendants. | Civil Action <br> No. 05-10018-RGS |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDM

Interpleader-Defendant, Toyota Financial Services, Inc., respectfully moves, pursuant to Local Rule 7.1 (B)(3), for leave to file a seven-page reply memorandum (with supporting declarations), in support of its application for a temporary restraining order or preliminary injunction. The ground for this motion is that Fidelity has raised arguments in its opposition that warrant a response.

WHEREFORE, Toyota Financial Services, Inc., respectfully requests leave to file the accompanying reply memorandum and supporting declarations.

Dated: January 18, 2005

TOYOTA FINANCIAL SERVICES, INC.,

By its Attorneys,

s/David B. Chaffin
BBO# 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

## CERTIFICATION OF CONSULTATION

 Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that I attempted to confer with opposing counsel in an attempt to narrow or resolve the issues presented but was unable to do so.

s/David B. Chaffin