UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC., <br><br> Interpleader-Plaintiff, <br><br> v. <br><br> FIDELITY INFORMATION SERVICES, INC., f/k/a ALLTEL INFORMATION SERVICES, INC., and TOYOTA MOTOR CREDIT CORPORATION, <br><br> Interpleader-Defendants. | Civil Action No. 1:05-cv-10018-RGS |

## NOTICE OF APPEARANCE

Please take notice of my appearance as counsel for the Interpleader-Plaintiff Iron Mountain Intellectual Property Management, Inc. in the above-entitled case.

Dated at Boston, Massachusetts this 21st day of January 2005.

By: /s/ William J. Rocha
William J. Rocha (BBO # 657924)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800
Email:  wrocha@sandw.com

{B0366528; 1}