UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC., ) ) ) ) Interpleader-Plaintiff, ) ) v. ) ) FIDELITY INFORMATION ) SERVICES, INC., f/k/a ) ALLTEL INFORMATION SERVICES, ) INC., and TOYOTA MOTOR CREDIT ) CORPORATION, ) ) Interpleader-Defendants. ) | Civil Action No. 1:05-cv-10018-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice of the withdrawal of my appearance as counsel for the Interpleader-Plaintiff Iron Mountain Intellectual Property Management, Inc. in the above-entitled case.

Dated at Boston, Massachusetts this 21st day of January 2005.

By:   /s/ Samual A. Miller
Samual A. Miller (BBO #648568)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800
Email:  smiller@sandw.com

{B0366486; 1}