UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC., <br><br> Interpleader-Plaintiff, <br><br> v. <br><br> FIDELITY INFORMATION SERVICES, INC., f/k/a ALLTEL INFORMATION SERVICES, INC., and TOYOTA MOTOR CREDIT CORPORATION, <br><br> Interpleader-Defendants. | C.A. No. 05 CV 10018-RGS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii), the parties herein stipulate that this action be dismissed with prejudice, and without costs. All rights of appeal are waived.

| | |
|---|---|
| IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT, INC., By its attorneys, | FIDELITY INFORMATION SERVICES, INC., By its attorneys, |
| SULLIVAN & WORCESTER LLP | HOLLAND & KNIGHT LLP |
| ___/s/ Larry L. Varn_____ <br> Larry L. Varn, Esq. (BBO No. 508130) <br> One Post Office Square <br> Boston, MA 02109 <br> (617) 338-2800 - Telephone <br> (617) 338-2880 – Facsimile <br> lvarn@sandw.com <br><br> Dated: November 14, 2005 | ___/s/ Ieuan G. Mahony_____ <br> Ieuan G. Mahony (BBO No. 552349) <br> Joshua C. Krumholz (BBO No. 552573) <br> 10 St. James Avenue <br> Boston, MA 02116 <br> (617) 523-2700 - Telephone <br> (617) 523-6850 – Facsimile <br><br> Dated: November 14, 2005 |

{B0462440; 1}

- 2 -

TOYOTA MOTOR CREDIT
CORPORATION

By its attorneys,

HARE & CHAFFIN


\_\_\_/s/ David B. Chaffin_____
David B. Chaffin, Esq. (BBO No. 549245)
160 Federal Street
Boston, MA  02110
(617) 330-5000

Of Counsel:
Mark C. Scarsi
Timothy M. Martin
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA  90071-2899
(213) 430-7800


Dated:  November 14, 2005